

# THE STATE OF TEXAS
MANDATE

TO THE COUNTY COURT OF FRANKLIN COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 7th day of April, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Kevin Cooper Ross, Appellant                 No. 06-14-00095-CV

v.                               Trial Court No. 1969

Tiffany McCrary, Appellee

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellant, Kevin Cooper Ross, pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 26th day of June, A.D. 2015.

DEBRA K. AUTREY, Clerk